**STATE of Missouri, Respondent,**

v.

**Peter RALLS, Appellant.**

**Peter RALLS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. WD 50234, WD 51591.**

Missouri Court of Appeals,
Western District.

June 18, 1996.

Rebecca L. Kurz, Asst. Appellate Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Attorney General, Kansas City, for respondent.

Before EDWIN H. SMITH, P.J., and BRECKENRIDGE and ELLIS, JJ.

### ORDER

PER CURIAM.

Consolidated appeals from conviction, following a jury trial, of trafficking in the second degree, § 195.223, RSMo 1994, and the denial, after evidentiary hearing, of Rule 29.15 motion for post-conviction relief.

The conviction and the order denying the Rule 29.15 motion are affirmed, but the judgment is remanded to the trial court to enter an order *nunc pro tunc* finding appellant to be a "persistent offender."

Judgments affirmed. Rules 84.16(b) and 30.25(b).